IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-537-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| WILLIAM S. NUNEMAKER, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Entry Of Final Order And Judgment" (Document No. 2) filed September 26, 2013. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this motion is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Entry Of Final Order And Judgment" (Document No. 2) is **GRANTED**.

Signed: October 2, 2013

David C. Keesler
United States Magistrate Judge